IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:25-CR-865 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 924(d)(1) |
| v. | ) | 21 U.S.C. § 802(58) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 851 |
| | ) | 21 U.S.C. § 853 |
| DEON LATHEL GIBSON | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |

**INDICTMENT**

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about December 13, 2023, in the District of South Carolina, the Defendant, **DEON LATHEL GIBSON**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Bersa Thunder .380 caliber pistol and .380 ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

**THE GRAND JURY FURTHER CHARGES:**

That on or about December 13, 2023, in the District of South Carolina, the Defendant, **DEON LATHEL GIBSON**, knowingly, intentionally, and unlawfully did possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

**THE GRAND JURY FURTHER CHARGES:**

That on or about December 13, 2023, in the District of South Carolina, the Defendant, **DEON LATHEL GIBSON**, knowingly did use and carry a firearm during and in relation to, and did possess a firearm in furtherance of a drug trafficking crime, as outlined in Count 2, which is prosecutable in a Court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## <u>NOTICE OF SENTENCING ENHANCEMENT</u>

1. Prior to committing the offenses charged in this Indictment, the Defendant, **DEON LATHEL GIBSON**, had been convicted in General Sessions Court in the State of South Carolina, Indictment Number 2008-GS-10-06075, of possession with intent to distribute cocaine, a serious drug felony, that has become final, and for which the Defendant, **DEON LATHEL GIBSON**, served more than 12 months in prison. As a result, the Defendant, **DEON LATHEL GIBSON**, is subject to increased punishment for committing the offense charged in Count 2 of this Indictment, under Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 851.

## FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violation of Title 18 and 21, United States Code as charged in this Indictment, the Defendant, **DEON LATHEL GIBSON**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

    (a)    constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

    (b)    used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

    (c)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1)    used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

        (2)    involved in or used in any knowing violations of 18 U.S.C. § 922 or 924, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

4

    (a)    <u>Firearm</u>:

             Bersa Thunder 380 .380 Caliber Pistol w/Magazine and Ammunition
             Asset ID: 24-DEA-708507

    (b)    <u>Proceeds/Forfeiture Judgment</u>:

             A sum of money equal to all property the Defendant obtained as a result of the drug offense charged in the Indictment, and all interest and proceeds traceable thereto as a result of his violation of 21 U.S.C. § 841.

<u>SUBSTITUTION OF ASSETS</u>:

If any forfeited property being subject to forfeiture, as a result of any act or omission of a Defendant:

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendants up to an amount equivalent to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A _True_ BILL

FOREPERSON

BRIAN P. STIRLING
UNITED STATES ATTORNEY

By: _____

Christopher Lietzow (# 12301)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Fax.: (843) 727-4443
Email: christopher.lietzow@usdoj.gov

6